IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ISABELLA PIZZA INC., et al.,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**TIOGA-FRANKLIN SAVINGS BANK, et al.,**<br><br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 25-3306-KSM |

## ORDER

**AND NOW**, this 27th day of January, 2026, upon consideration of the Motion to Dismiss Plaintiffs' Amended Complaint or Compel Arbitration filed by Defendant Innovative Financing & Consulting Group, LLC ("Innovative") (Doc. No. 24), Plaintiffs' response (Doc. No. 26), Innovative's reply (Doc. No. 28), oral argument on the motion held on January 22, 2026 (Doc. No. 33), and supplemental briefing on the issue of waiver by Plaintiffs and Innovative (Doc. Nos. 36, 38), it is **ORDERED** that:

    1.    Defendant Innovative's Motion to Compel Arbitration (Doc. No. 24) is **GRANTED**, and arbitration shall proceed in the manner provided for in Plaintiffs' and Innovative's agreement (Doc. No. 20-1).

    2.    Defendant Innovative's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 24) is **DENIED** as **MOOT**.

    3.    All claims (Counts I–III) against Defendant Innovative are **DISMISSED**.

    4.    The Clerk of Court is **DIRECTED** to terminate Innovative from this action.

**IT IS FURTHER ORDERED** that because the Court has now ruled on Innovative's Motion, the **STAY** put in place in this matter (Doc. No. 30) is hereby **LIFTED**.

**IT IS SO ORDERED**.

>   */s/ Karen Spencer Marston*
>   KAREN SPENCER MARSTON, J.