**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ISABELLA PIZZA INC., et al.,** | **CIVIL ACTION** |
| Plaintiffs, | |
| *v.* | |
| **TIOGA-FRANKLIN SAVINGS BANK,** | **NO. 25-3306-KSM** |
| Defendant. | |

## ORDER

**AND NOW**, this 6th day of March, 2026, upon consideration of the Motion to Dismiss Plaintiffs' Amended Complaint filed by Defendant Tioga-Franklin Savings Bank (Doc. No. 23) and Plaintiffs' Response in Opposition (Doc. No. 27) it is **ORDERED** that:

1.      Defendant Tioga-Franklin Savings Bank's motion to dismiss (Doc. No. 23) is **GRANTED**.  Plaintiffs' Amended Complaint (Doc. No. 20) is **DISMISSED with prejudice** for the reasons stated in the accompanying memorandum.

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.